1    WO

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                        FOR THE DISTRICT OF ARIZONA

6

7    Keith P Nance,                              No. CV-12-00734-PHX-RCB

8                    Plaintiff,                         **O R D E R**

9        v.

10   Allen Miser, et al.,

11                   Defendants.

12

13       Pursuant to this court's order, the parties were required to file/lodge their Proposed

14   Joint Pre-Trial Order ("PJPTO") by no later than January 13, 2014.  See Ord. (Doc. 79).

15   Although the parties have been attempting to timely comply with that order, for several

16   reasons, they were not able to do so.   Plaintiff *pro se* Keith P. Nance therefore filed a

17   motion for an extension of time in which to file the PJPTO (Doc. 84).  He is seeking a

18   seven day extension.  The defendants are expressly joining in the plaintiff's motion. See

19   Resp. (Doc. 85) at 1:16-17.

20       After considering the parties' submissions and finding that there is good cause, the

21   court hereby **GRANTS** the plaintiff's motion for an extension of time (Doc. 84); and the

22   court further **ORDERS** that the parties shall file/lodge their PJTPO with the court by no

23   later than **January 21, 2014.**

24       Dated this 14th day of January, 2014.

25

26   _____

27   Robert C. Broomfield
     Senior United States District Judge

28