WO

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Keith P. Nance,<br><br>   Plaintiff,<br><br>v.<br><br>Allen Miser, et al.<br><br>   Defendants. | No. CV 12-00734-PHX-RCB<br><br>**ORDER EXTENDING TIME FOR RESPONSE BRIEFING TO PLAINTIFF'S MOTION IN LIMINE** |

  This matter having come before the Court on Defendants' Motion for Extension of Time for Response Briefing to Plaintiff's Motion in Limine (Doc. 87), and good cause appearing therefore,

  **IT IS HEREBY ORDERED** that Defendants shall have through January 29, 2014, to file a Response to Plaintiff's Motion in Limine.

  DATED this 22nd day of January, 2014.

_____
Robert C. Broomfield
Senior United States District Judge