Mark Brnovich
Attorney General

Ashley B. Zuerlein, Bar No. 029541
Assistant Attorney General
2005 North Central Avenue
Phoenix, AZ 85004-1592
Telephone: (602) 542-7614
Ashley.Zuerlein@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Eden G. Cohen, Bar No. 034529
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
dstruck@strucklove.com
rlove@strucklove.com
ecohen@strucklove.com

*Attorneys for Defendants Miser, Linderman, Patton, and Vicklund*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Keith P. Nance,<br><br>Plaintiff,<br><br>v.<br><br>Allen Miser, et al.,<br><br>Defendants. | NO. 2:12-cv-00734-SMM-JZB<br><br>**JOINT MOTION TO EXTEND DEADLINES REGARDING LIMITED DISCOVERY AND FOR PLAINTIFF TO FILE A PARTIAL MOTION FOR SUMMARY JUDGMENT (DKTS. 278, 295)** |

Defendants Miser, Linderman, Patton, and Vicklund ("Defendants") and Keith Nance ("Plaintiff"), through their respective counsel, hereby submit this Joint Motion to extend the current July 22, 2022 deadline to conduct limited halal meal cost discovery and the current August 12, 2022 deadline for Plaintiff to file a partial dispositive motion by a period of 45 days. (Dkts. 278, 295.) The parties make this request in good faith and after meeting and conferring twice during the week of July 5, 2022, where counsel for Defendants from the Struck Love Bojanowski and Acedo, PLC law firm ("SLBA") were very recently retained by the Attorney General's Office to take over defense of this case for

Defendants—a case that has been pending for just over a decade and resumed activity after remand from the Ninth Circuit.

As background, on May 20, 2022, counsel for Plaintiff filed a Motion to Amend the Scheduling Order and for Leave to File Motion for Partial Summary Judgment. (Dkt. 284.) On June 3, 2022, Defendants (counsel at the Attorney General's office) moved to extend the deadline to respond, as this matter was in the process of being sent to outside counsel. (Dkt. 286.) The Court granted the extension to respond to July 5, 2022. (Dkt. 287.) On July 5, 2022, undersigned counsel with SLBA entered an appearance on behalf of Defendants and did not oppose Plaintiff's Motion to Amend the Scheduling Order and for Leave to File Motion for Partial Summary Judgment. (Dkts. 284, 290.)

On July 5, 2022, undersigned counsel spoke to Plaintiff's Counsel Michael Yancey to discuss Defendants' position on Plaintiff's request to file a partial summary judgment motion, to advise that the SLBA firm was taking over defense of the case and getting up to speed on the protracted litigation, and to discuss the status of discovery conducted (or to be conducted) regarding halal meal cost analysis prior to the SLBA firm taking over defense of the case. Counsel agreed to resume discussions via Zoom at 2:00 p.m. on Friday, July 8, 2022, to discuss discovery issues as well as possibilities on resolving the case. That Zoom meeting occurred as scheduled and before receiving the Court's Order at Dkt. 295 that granted Plaintiff's request to file a partial motion for summary judgment, setting the deadline to do so for August 12, 2022. During the virtual meeting, counsel discussed a short extension to allow the parties to complete limited halal meal discovery considering undersigned counsel taking over the defense of the case and working to get up to speed, as well as Plaintiff's need to notice and conduct permitted depositions in advance of the July 22, 2022 deadline.

For these reasons, the parties respectfully request a short 45-day extension of both the limited discovery deadline and the deadline for Plaintiff to file a partial motion for summary judgment. The parties are also committed to continuing informal discussions regarding possible resolution of the case. These requested extensions are made in good faith,

1  are not for the purpose of delay, and will not affect the trial date, as no date has been set.

2  Based on the foregoing, the parties respectfully request that the Court approve their joint motion to extend the deadlines to conduct halal meal cost discovery to September 5, 2022 and for Plaintiff to file partial a partial motion for summary judgment to September 26, 2022.

DATED this 11th day of July, 2022.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By     /s/ Rachel Love
       Daniel P. Struck
       Rachel Love
       Eden G. Cohen
       3100 West Ray Road, Suite 300
       Chandler, Arizona 85226

       *Attorneys for Defendants Miser, Linderman, Patton, and Vicklund*


By     /s/ Michael Yancey III (w/Permission)
       Michael Yancey III
       David A. Chami,
       PRICE LAW GROUP, APC
       8245 N. 85th Way
       Scottsdale, AZ 85258

       *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ashley B. Zuerlein    ashley.zuerlein@azag.gov
David A. Chami        david@pricelawgroup.com
Michael Yancey        michael@pricelawgroup.com

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Allen Rowley