# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith P Nance, | No. CV-12-00734-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Allen Miser, et al., | |
| Defendants. | |

This matter is before the Court on the parties' Joint Motion to Extend Deadlines. (Doc. 297). Pursuant to the stipulation of the parties, and for good cause shown,

**IT IS ORDERED granting** the parties' Joint Motion to Extend Deadlines. (Doc. 297).

**IT IS FURTHER ORDERED** that the parties may conduct halal meal cost discovery through September 5, 2022.

**IT IS FURTHER ORDERED** that Plaintiff may file a partial motion for summary judgment on or before September 26, 2022.

Dated this 12th day of July, 2022.

Honorable Stephen M. McNamee
Senior United States District Judge